# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.   5:21-MJ-00537 |
| 18 United States Postal Service ("USPS") Priority Mail Express and USPS Priority Mail parcels currently in the custody of the United States Postal Inspection Service ("USPIS") | ) ) ) ) ) | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| See attached affidavit | See attached affidavit |

The application is based on these facts:

*See attached Affidavit*

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days (*give exact ending date if more than 30 days*: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Postal Inspector Garry D. Hood / USPIS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
*Judge's signature*

City and state: <u>Riverside, CA</u>

Honorable Shashi H. Kewalramani, Magistrate Judge
*Printed name and title*

SAUSA: Christian R. Acevedo  /  951-276-6922

## **AFFIDAVIT**

I, Garry D. Hood, being duly sworn, declare and state as follows:

### **I. PURPOSE OF AFFIDAVIT**

1.   This affidavit is made in support of an application for a warrant to search 18 United States Postal Service ("USPS") Priority Mail Express and USPS Priority Mail parcels currently in the custody of the United States Postal Inspection Service ("USPIS"), as described more fully in Attachment A ("SUBJECT PARCEL 1" through "SUBJECT PARCEL 18," and, collectively, the "SUBJECT PARCELS").  The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "SUBJECT OFFENSES"), as described more fully in Attachment B.  Attachments A and B are incorporated by reference herein.

2.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all

conversations and statements described in this affidavit are related in substance and in part only.

## II. INTRODUCTION

3.    I am a Postal Inspector with USPIS and have been since February 2012.  I am currently assigned to the USPIS Atlanta Division, Charlotte, North Carolina Domicile, to the Contraband Investigations and Interdiction team, which is responsible for investigating drug trafficking organizations that use parcels to transport and distribute illegal drugs and/or drug-sale proceeds.  Due to my experience with parcel interdiction and investigations involving individuals who use the mail to distribute controlled substances, I was detailed to the Los Angeles Division, San Bernardino Domicile to assist with the interdiction of USPS parcels suspected to contain controlled substances.

4.    As part of my training to become a Postal Inspector, I completed a twelve-week Postal Inspector basic training course, which included training on how to investigate narcotics trafficking via the United States mail.  I also completed an advanced training course specifically designed for training investigators of narcotics mailers and shippers.  Furthermore, as part of my law enforcement duties, I have conducted numerous parcel investigations that have resulted in the arrest of individuals who have received and distributed controlled substances, as well as the seizure of illegal drugs and proceeds from the sale of illegal drugs.

5.   I have completed thousands of hours of criminal investigations, including compiling information; interviewing victims, witnesses, and suspects; and collecting evidence to support criminal complaints.  I have worked with other experienced state and federal law enforcement officers and supervisors and have gained knowledge and experience from them. My work has involved preparing and assisting in the drafting and service of numerous search warrants.  I have testified in federal court and state court concerning both misdemeanor and felony offenses.  I received training in the investigation of drug trafficking activities that use USPS mail.  As part of my law enforcement duties, I have conducted and assisted several parcel investigations that have resulted in the arrest of individuals who have received and distributed illegal drugs, as well as the seizure of illegal drugs and drug-sale proceeds.

### III. <u>PARCELS TO BE SEARCHED</u>

6.   On August 18, 2021, during routine parcel profiling, I detained the SUBJECT PARCELS at the San Bernardino Processing and Distribution Center ("SBP&DC") in Redlands, California.  I, along with other Postal Inspectors, identified the SUBJECT PARCELS for additional investigation because the SUBJECT PARCELS met certain criteria common to packages containing contraband. Specifically, the SUBJECT PARCELS were USPS Priority Mail Express and USPS Priority Mail boxes without business account numbers, and the names of senders and/or recipients did not appear in law enforcement and open-source databases as associated with the listed addresses.

## IV. <u>STATEMENT OF PROBABLE CAUSE</u>

**A.    Background**

7.    Based on my training and experience as a Postal Inspector, and the experiences related to me by fellow Postal Inspectors who specialize in drug investigations, I declare as follows:

a.    Postal Inspectors have been conducting investigations of drug trafficking via USPS Express Mail and Priority Mail since the mid-1980s.  In the early 1990s, Postal Inspectors in Los Angeles, California, and surrounding regions such as the High Desert/Low Desert areas that include Riverside and San Bernardino Counties, began conducting organized interdictions of Priority Mail Express and Priority Mail parcels suspected of containing controlled substances and proceeds from the sale of controlled substances.  Postal Inspectors also regularly examined and investigated Priority Mail Express and Priority Mail parcels.  During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances, in the form of cash, using boxes.

b.    Although Postal Inspectors still see the use of boxes for controlled substances and cash, there has been a gradual change over the years toward the current trend of using smaller boxes, flat cardboard envelopes, and Tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders.  By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much

smaller conveyances, which lend a sense of legitimacy to the parcel.

　　　　c.　　The San Bernardino County and Riverside County areas (collectively, the "Inland Empire") are a significant source area for controlled substances.  Controlled substances are frequently transported from the Inland Empire area via the United States Mail, and the proceeds from the sale of controlled substances are frequently returned to the Inland Empire area via the United States Mail.  These proceeds are generally in the form of money orders, bank checks, or similar monetary instruments in an amount over $1,000.  Based on my training and experience, I know that proceeds from the sale of controlled substances often contain the odor of controlled substances because they have been contaminated with or associated with the odor of one or more controlled substances.

　　　　d.　　Drug traffickers often use one of two USPS services:  Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail Service, which is the USPS two-to-three-day delivery mail product.  Drug traffickers use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the article's progress to the intended delivery point.  Drug traffickers use the Priority Mail delivery service because it allows drug traffickers more time for travel between states if they decide to follow a shipment to its destination for distribution.  Also, by adding delivery confirmation to a Priority Mail parcel, drug traffickers have the ability to track

the article's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail Express Service.

8.    Based on my training and experience, and the collective experiences related to me by fellow Postal Inspectors who specialize in investigations involving the mailing of controlled substances and proceeds from the sale of controlled substances, I know that the following indicia suggest that a parcel may contain drugs or drug trafficking proceeds:

a.    The parcel is contained in a box, flat cardboard mailer, or Tyvek envelope;

b.    The parcel bears a handwritten label, whether USPS Express Mail or Priority Mail;

c.    The handwritten label on the parcel does not contain a business account number;

d.    The seams of the parcel are all taped or glued shut;

e.    The parcel emits a particular odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

f.    Multiple parcels are mailed by the same individual, on the same day, from different locations.

9.    Parcels exhibiting some of these characteristics are the subject of further investigation, which may include verification of the addressee and return addresses and examination by a trained drug detection dog.

10.    I know from my experience and training that drug traffickers often use fictitious or incomplete names and/or

addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases. Indeed, it is my experience that to the extent real addresses are ever used it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

**B.    Initial Investigation of the SUBJECT PARCELS**

11.   On August 18, 2021, I, along with other Postal Inspectors, located the SUBJECT PARCELS at the San Bernardino Processing and Distribution Center.  In doing so, I and other Postal Inspectors saw that the SUBJECT PARCELS met some of the above-mentioned criteria for the identification of suspicious parcels.  Specifically, the SUBJECT PARCELS were all USPS Priority Mail Express and USPS Mail parcels, and they did not contain business account numbers.

12.   On August 18, 2021, I used law enforcement and open-source databases to cross reference the return and recipient addresses listed on the SUBJECT PARCELS and determined the following:

a.    SUBJECT PARCEL 1 is a USPS Priority Mail Express parcel bearing tracking label number EJ914427907US, weighing approximately 6 pounds 4 ounces.  The return address for SUBJECT PARCEL 1 is "Granny Jones, 6195 Pegasus Dr. Riverside 92503."  I found the address using law enforcement and open-source databases but was unable to associate anyone named "Jones" to that address.  The recipient address listed for SUBJECT PARCEL 1 is "Granny Baby, 518 Crane Ave, Greenville SC 29617."  I found the recipient address using law enforcement and open-source

databases.  Based on my experience and training, I know that terms like "Granny" and "baby," with no other actual names, are common techniques used to evade law enforcement detection.

b.    SUBJECT PARCEL 2 is a USPS Priority Mail Express parcel bearing tracking label number EJ584684929US, weighing approximately 8 pounds 15 ounces.  The return address for SUBJECT PARCEL 2 is "Granny Jones, 1930 W College Ave, San Bernardino 92407."  I found the address using law enforcement and open-source databases but was unable to associate it with anyone named "Jones."  The recipient address listed for SUBJECT PARCEL 2 is "Granny Baby, 907 Taylors Rd, Taylors, SC 29687."  I found the recipient address using law enforcement and open-source databases.  Based on my experience and training, I know that terms like "Granny" and "baby," with no other actual names, are common techniques used to evade law enforcement detection.

c.    SUBJECT PARCEL 3 is a USPS Priority Mail Express parcel bearing tracking label number EJ965989773US, weighing approximately 0 pounds 9 ounces.  The return address for SUBJECT PARCEL 3 is "Carmelo Rodriguez, 8890 G av., Hesperia CA 92345." I found the address using law enforcement and open-source databases but was unable to associate "Carmelo Rodriguez" to that address.  The recipient address listed for SUBJECT PARCEL 3 is "Jesus Garcia, 275 W125N, Jerome, Id. 83338."  I found the recipient address using law enforcement and open-source databases and was unable to connect it to a "Jesus Garcia."

d.    SUBJECT PARCEL 4 is a USPS Priority Mail Express parcel bearing tracking label number EJ820120698US, weighing

approximately 10 pounds 7 ounces.  The return address for
SUBJECT PARCEL 4 is "Ronald Ruiz, 4115 Van Buren Bld, Riverside,
CA 92503."  I found the address using law enforcement and open-
source databases but was unable to associate "Ronald Ruiz" to
that address.  The recipient address listed for SUBJECT PARCEL 4
is "Marcus Ruiz, 499 Gibbs Rd, Akron, Ohio 44312."  I found the
recipient address using law enforcement and open-source
databases and was able to connect it to a "Marcus Ruiz."

     e.   SUBJECT PARCEL 5 is a USPS Priority Mail Express
parcel bearing tracking label number EJ844134419US, weighing
approximately 7 pounds 6 ounces.  The return address for SUBJECT
PARCEL 5 is "Anita Phatcock, 5551 west Palmer Dr. Banning, CA
92220."  I found the address using law enforcement and open-
source databases but was unable to associate "Anita Phatcock" to
that address.  The recipient address listed for SUBJECT PARCEL 5
is "Michael Vasconez, 722 East Creamery Road Perkasie, PA
18944."  I found the recipient address using law enforcement and
open-source databases and was able to connect it to a "Michael
Vasconez."

     f.   SUBJECT PARCEL 6 is a USPS Priority Mail parcel
bearing tracking label number 9505513011821230274269, weighing
approximately 7 pounds 8 ounces.  The return address for SUBJECT
PARCEL 6 is "Virginia Sirotnak, 1542 Trailview Dr Beaumont, CA
92223."  I found the address using law enforcement and open-
source databases but was unable to associate "Virginia Sirotnak"
to that address.  The recipient address listed for SUBJECT
PARCEL 6 is "Rodney Harris, 1111 Care Ave C-3, Nixa, MO 65714

c\o Promise Care Center."  I found the recipient address using law enforcement and open-source databases and was unable to connect it to a "Rodney Harris."

g.   SUBJECT PARCEL 7 is a USPS Priority Mail Express parcel bearing tracking label number EI003735893US, weighing approximately 1 pound 9 ounces.  The return address for SUBJECT PARCEL 7 is "14253 Martin Pl, Riverside CA 92503."  I found the address using law enforcement and open-source databases but was unable to associate a specific name to that address.  The recipient address listed for SUBJECT PARCEL 7 is "115 N. Chicago Rd. #3, S. Milwaukee WI 53172."  I found the recipient address using law enforcement and open-source databases and was unable to connect it to a specific name.

h.   SUBJECT PARCEL 8 is a USPS Priority Mail Express parcel bearing tracking label number EJ321031797US, weighing approximately 5 pounds 7 ounces.  The return address for SUBJECT PARCEL 8 is difficult to read but reads as "Markus Brooks, 1171 Western Ave., San Berbardino CA 92411."  I found the address using law enforcement and open-source databases but was unable to associate "Markus Brooks" to that address.  The recipient address listed for SUBJECT PARCEL 8 is "Adam Flint, 1013 E Brooks St. Apt. #4, Norman, Oklahoma 73071."  I found the recipient address using law enforcement and open-source databases and was able to connect it to a "Adam Flint."

i.   SUBJECT PARCEL 9 is a USPS Priority Mail Express parcel bearing tracking label number EJ923979421US, weighing approximately 1 pounds 7.1 ounces.  The return address listed

for SUBJECT PARCEL 9 is "Adrian fernandez, 2800 Golf Club dr, Palm Springs Ca 92264."  I found the address using law enforcement and open-source databases but was unable to connect it to "Adrian fernandez."  The recipient address listed for SUBJECT PARCEL 9 is "Chris f. Guerrero, 139 Evanston St, Houston Texas 77015."  I found the recipient address using law enforcement and open-source databases and was unable to connect it to a "Chris f. Guerrero."

       j.   SUBJECT PARCEL 10 is a USPS Priority Mail Express parcel bearing tracking label number EJ824719411US, weighing approximately 5 pounds 6 ounces.  The return address for SUBJECT PARCEL 10 is "STEVEN MACER, 42360 SHADON CT. APT 12, P.D. CA USA 92260."  I found the address using law enforcement and open-source databases but was unable to associate "Steven Macer" to that address.  The recipient address listed for SUBJECT PARCEL 10 is "JOYCE LANON, 2346 WINKLER AVE. APT. D212, FORT MYERS, FL USA 33901."  I found the address using law enforcement and open-source databases and was unable to connect it to "Joyce Lanon."

       k.   SUBJECT PARCEL 11 is a USPS Priority Mail Express parcel bearing tracking label number EJ920456139US, weighing approximately 9 pounds 0 ounces.  The return address for SUBJECT PARCEL 11 is "Sean Jenkins, 28532 Bridge Water Ln., Menifee, CA 92584."  I found the address using law enforcement and open-source databases but was unable to associate "Sean Jenkins" to that address.  The recipient address listed for SUBJECT PARCEL 11 is "All Things Mailed, Brenda Jenkins, 2514 Forest Dr. Columbia, SC 29204."  I found the address using law enforcement

and open-source databases but was unable to connect it to "Brenda Jenkins."

l.   SUBJECT PARCEL 12 is a USPS Priority Mail Express parcel bearing tracking label number EJ823714214US, weighing approximately 6 pounds 2 ounces.  The return address for SUBJECT PARCEL 12 is "Terry Bishop, 111 2nd St., San Bernardino, CA 92408."  I found the address using law enforcement and open-source databases but was unable to associate "Terry Bishop" to that address.  The recipient address listed for SUBJECT PARCEL 12 is "Carin Wright, 302 Ellsworth, Westville, IL 61883."  I found the address using law enforcement and open-source databases but was unable to connect it to "Carin Wright."

m.   SUBJECT PARCEL 13 is a USPS Priority Mail Express parcel bearing tracking label number EJ965990476US, weighing approximately 5 pounds 11.9 ounces.  The return address for SUBJECT PARCEL 13 is "7597 Minstead Ave, Hesperia Ca 92345."  I found the address using law enforcement and open-source databases but was unable to associate a name to that address. The recipient address listed for SUBJECT PARCEL 13 is "6497 copper leaf CV E, Memphis tn 38141."  I found the address using law enforcement and open-source databases but was unable to connect it to a name.

n.   SUBJECT PARCEL 14 is a USPS Priority Mail parcel bearing tracking label number 9505512596581230608271, weighing approximately 6 pounds 0 ounces.  The return address for SUBJECT PARCEL 14 is "Mom, 10737 Arroyo Ave, Hesperia Ca 92345."  I found the address using law enforcement and open-source

databases but, based on my experience and training, the utilization of "Mom" on a return address label is a common technique to evade law enforcement detection.  The recipient address listed for SUBJECT PARCEL 14 is "D.J. + Sholla Hammond, 13354 State Hwy 22, Subiaco AR. 72865."  I found the address using law enforcement and open-source databases and was unable to connect it to a "D.J. + Sholla Hammond."

      o.   SUBJECT PARCEL 15 is a USPS Priority Mail parcel bearing tracking label number 9505512596581230608240, weighing approximately 10 pounds 15 ounces.  The return address for SUBJECT PARCEL 15 is "Richard King, 8263 Peach Ave, Hesperia CA 92345."  I found the address using law enforcement and open-source databases but was unable to associate "Richard King" to that address.  The recipient address listed for SUBJECT PARCEL 15 is "Henry Derish, 1629 Sunset Ave Williamstown NJ 08094."  I found the address using law enforcement and open-source databases but was unable to connect it to "Henry Derish."

      p.   SUBJECT PARCEL 16 is a USPS Priority Mail parcel bearing tracking label number 9505512596581230608257, weighing approximately 11 pounds 6 ounces.  The return address for SUBJECT PARCEL 15 is "Richard King, 8263 Peach Ave, Hesperia CA 92345."  I found the address using law enforcement and open-source databases but was unable to associate "Richard King" to that address.  The recipient address listed for SUBJECT PARCEL 15 is "Henry Derish, 1629 Sunset Ave Williamstown NJ 08094."  I found the address using law enforcement and open-source databases but was unable to connect it to "Henry Derish."

q.   SUBJECT PARCEL 17 is a USPS Priority Mail parcel bearing tracking label number 9505512596581230608264, weighing approximately 8 pounds 8 ounces.  The return address for SUBJECT PARCEL 15 is "Richard King, 8263 Peach Ave, Hesperia CA 92345." I found the address using law enforcement and open-source databases but was unable to associate "Richard King" to that address.  The recipient address listed for SUBJECT PARCEL 15 is "Henry Derish, 1629 Sunset Ave Williamstown NJ 08094."  I found the address using law enforcement and open-source databases but was unable to connect it to "Henry Derish."

r.   SUBJECT PARCEL 18 is a USPS Priority Mail Express parcel bearing tracking label number EJ398606696US, weighing approximately 7 pounds 0 ounces.  The return address for SUBJECT PARCEL 18 is "Jamie Bullock, 525 Magnolia Ave., Inglewood, CA 90301."  I found the address using law enforcement and open-source databases but was unable to associate "Jamie Bullock" to that address.  The recipient address listed for SUBJECT PARCEL 18 is "The Quinn Family, 8132 Winslow Ave., Las Vegas, NV 89129."  I found the address using law enforcement and open-source databases and was able to connect it to anyone with the name "Quinn."

C.   **Drug-Detection Dog Alerts to the SUBJECT PARCELS**

13.  On August 18, 2021, based on the suspicious characteristics of the SUBJECT PARCELS, Chino Police Department Officer Brendan Rowland had his trained narcotics detection dog, "Kobra," examine the exterior of the SUBJECT PARCELS.  Attached hereto as Exhibit 1, and incorporated herein by reference, is a

true and correct copy of information provided to me by Officer Rowland regarding Kobra's training and history in detecting controlled substances.

14.   The SUBJECT PARCELS were placed in an area by Officer Rowland to perform a K-9 sniff with Kobra.  Officer Rowland told me that Kobra gave a positive alert to each of the SUBJECT PARCELS separately, indicating the presence of controlled substances or other items, such as the proceeds of controlled substances, which have been recently contaminated with the odor of controlled substances.

## V.   CONCLUSION

15.   For the reasons set forth above, there is probable cause to believe that the SUBJECT PARCELS, as described in Attachment A, contain evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess

///

///

///

with intent to distribute a controlled substance); and 843(b)

(unlawful use of a communication facility, including the mails,

to facilitate the distribution of a controlled substance), as

described in Attachment B.


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this ____ day of
August, 2021.


_____
HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

<u>PARCELS TO BE SEARCHED</u>

1.    The following 18 United States Postal Service ("USPS") Priority Mail Express and USPS Priority Mail parcels seized on August 18, 2021 at the San Bernardino Processing and Distribution Center located at 1900 W. Redlands Blvd in Redlands, California, and currently in United States Postal Inspection Service custody:

a.    SUBJECT PARCEL 1 is a USPS Priority Mail Express parcel bearing tracking label number EJ914427907US, weighing approximately 6 pounds 4 ounces.  The return address for SUBJECT PARCEL 1 is "Granny Jones, 6195 Pegasus Dr. Riverside 92503." The recipient address listed for SUBJECT PARCEL 1 is "Granny Baby, 518 Crane Ave, Greenville SC 29617."  The parcel was postmarked in Riverside, California on August 18, 2021, with a paid postage of $89.05.

b.    SUBJECT PARCEL 2 is a USPS Priority Mail Express parcel bearing tracking label number EJ584684929US, weighing approximately 8 pounds 15 ounces.  The return address for SUBJECT PARCEL 2 is "Granny Jones, 1930 W College Ave, San Bernardino 92407."  The recipient address listed for SUBJECT PARCEL 2 is "Granny Baby, 907 Taylors Rd, Taylors, SC 29687." The parcel was postmarked in San Bernardino, California on August 18, 2021, with a paid postage of $103.25.

c.    SUBJECT PARCEL 3 is a USPS Priority Mail Express parcel bearing tracking label number EJ965989773US, weighing approximately 0 pounds 9 ounces.  The return address for SUBJECT

PARCEL 3 is "Carmelo Rodriguez, 8890 G av., Hesperia CA 92345." The recipient address listed for SUBJECT PARCEL 3 is "Jesus Garcia, 275 W125N, Jerome, Id. 83338." The parcel was postmarked in Hesperia, California on August 17, 2021, with a paid postage of $132.45.

       d.   SUBJECT PARCEL 4 is a USPS Priority Mail Express parcel bearing tracking label number EJ820120698US, weighing approximately 10 pounds 7 ounces. The return address for SUBJECT PARCEL 4 is "Ronald Ruiz, 4115 Van Buren Bld, Riverside, CA 92503." The recipient address listed for SUBJECT PARCEL 4 is "Marcus Ruiz,499 Gibbs Rd, Akron, Ohio 44312." The parcel was postmarked in Riverside, California on August 18, 2021, with a paid postage of $136.80.

       e.   SUBJECT PARCEL 5 is a USPS Priority Mail Express parcel bearing tracking label number EJ844134419US, weighing approximately 7 pounds 6 ounces. The return address for SUBJECT PARCEL 5 is "Anita Phatcock, 5551 west Palmer Dr. Banning, CA 92220." The recipient address listed for SUBJECT PARCEL 5 is "Michael Vasconez, 722 East Creamery Road Perkasie, PA 18944." The parcel was postmarked in Banning, California on August 18, 2021, with a paid postage of $96.15.

       f.   SUBJECT PARCEL 6 is a USPS Priority Mail parcel bearing tracking label number 9505513011821230274269, weighing approximately 7 pounds 8 ounces. The return address for SUBJECT PARCEL 6 is "Virginia Sirotnak, 1542 Trailview Dr Beaumont, CA 92223." The recipient address listed for SUBJECT PARCEL 6 is "Rodney Harris, 1111 Care Ave C-3, Nixa, MO 65714 c\o Promise

Care Center."  The parcel was postmarked in Banning, California on August 18, 2021, with a paid postage of $21.90.

g.   SUBJECT PARCEL 7 is a USPS Priority Mail Express parcel bearing tracking label number EI003735893US, weighing approximately 1 pound 9 ounces.  The return address for SUBJECT PARCEL 7 is "14253 Martin Pl, Riverside CA 92503."  The recipient address listed for SUBJECT PARCEL 7 is "115 N. Chicago Rd. #3, S. Milwaukee WI 53172."  The parcel was postmarked in Riverside, California on August 18, 2021, with a paid postage of $26.95.

h.   SUBJECT PARCEL 8 is a USPS Priority Mail Express parcel bearing tracking label number EJ321031797US, weighing approximately 5 pounds 7 ounces.  The return address for SUBJECT PARCEL 8 is difficult to read but reads as "Markus Brooks, 1171 Western Ave., San Berbardino CA 92411."  The recipient address listed for SUBJECT PARCEL 8 is "Adam Flint, 1013 E Brooks St. Apt. #4, Norman, Oklahoma 73071."  The parcel was postmarked in San Bernardino, California on August 18, 2021, with a paid postage of $75.65.

i.   SUBJECT PARCEL 9 is a USPS Priority Mail Express parcel bearing tracking label number EJ923979421US, weighing approximately 1 pounds 7.1 ounces.  The return address listed for SUBJECT PARCEL 9 is "Adrian fernandez, 2800 Golf Club dr, Palm Springs Ca 92264."  The recipient address listed for SUBJECT PARCEL 9 is "Chris f. Guerrero, 139 Evanston St, Houston Texas 77015."  The parcel was postmarked in Thousand Palms, California on August 18, 2021, with a paid postage of $48.20.

j.   SUBJECT PARCEL 10 is a USPS Priority Mail Express parcel bearing tracking label number EJ824719411US, weighing approximately 5 pounds 6 ounces.  The return address for SUBJECT PARCEL 10 is "STEVEN MACER, 42360 SHADON CT. APT 12, P.D. CA USA 92260."  The recipient address listed for SUBJECT PARCEL 10 is "JOYCE LANON, 2346 WINKLER AVE. APT. D212, FORT MYERS, FL USA 33901."  The parcel was postmarked in Palm Desert, California on August 18, 2021, with a paid postage of $81.95.

k.   SUBJECT PARCEL 11 is a USPS Priority Mail Express parcel bearing tracking label number EJ920456139US, weighing approximately 9 pounds 0 ounces.  The return address for SUBJECT PARCEL 11 is "Sean Jenkins, 28532 Bridge Water Ln., Menifee, CA 92584."  The recipient address listed for SUBJECT PARCEL 11 is "All Things Mailed, Brenda Jenkins, 2514 Forest Dr. Columbia, SC 29204."  The parcel was postmarked in Homeland, California on August 18, 2021, with a paid postage of $103.25.

l.   SUBJECT PARCEL 12 is a USPS Priority Mail Express parcel bearing tracking label number EJ823714214US, weighing approximately 6 pounds 2 ounces.  The return address for SUBJECT PARCEL 12 is "Terry Bishop, 111 2nd St., San Bernardino, CA 92408."  The recipient address listed for SUBJECT PARCEL 12 is "Carin Wright, 302 Ellsworth, Westville, IL 61883."  The parcel was postmarked in San Bernardino, California on August 18, 2021, with a paid postage of $86.45.

m.   SUBJECT PARCEL 13 is a USPS Priority Mail Express parcel bearing tracking label number EJ965990476US, weighing approximately 5 pounds 11.9 ounces.  The return address for

SUBJECT PARCEL 13 is "7597 Minstead Ave, Hesperia Ca 92345."
The recipient address listed for SUBJECT PARCEL 13 is "6497
copper leaf CV E, Memphis tn 38141."  The parcel was postmarked
in Hesperia, California on August 18, 2021, with a paid postage
of $79.55.

   n. SUBJECT PARCEL 14 is a USPS Priority Mail parcel
bearing tracking label number 9505512596581230608271, weighing
approximately 6 pounds 0 ounces.  The return address for SUBJECT
PARCEL 14 is "Mom, 10737 Arroyo Ave, Hesperia Ca 92345."  The
recipient address listed for SUBJECT PARCEL 14 is "D.J. + Sholla
Hammond, 13354 State Hwy 22, Subiaco AR. 72865."  The parcel was
postmarked in Hesperia, California on August 18, 2021, with a
paid postage of $21.90.

   o. SUBJECT PARCEL 15 is a USPS Priority Mail parcel
bearing tracking label number 9505512596581230608240, weighing
approximately 10 pounds 15 ounces.  The return address for
SUBJECT PARCEL 15 is "Richard King, 8263 Peach Ave, Hesperia CA
92345."  The recipient address listed for SUBJECT PARCEL 15 is
"Henry Derish, 1629 Sunset Ave Williamstown NJ 08094."  The
parcel was postmarked in Hesperia, California on August 18,
2021, with a paid postage of $21.90.

   p. SUBJECT PARCEL 16 is a USPS Priority Mail parcel
bearing tracking label number 9505512596581230608257, weighing
approximately 11 pounds 6 ounces.  The return address for
SUBJECT PARCEL 15 is "Richard King, 8263 Peach Ave, Hesperia CA
92345."  The recipient address listed for SUBJECT PARCEL 15 is
"Henry Derish, 1629 Sunset Ave Williamstown NJ 08094."  The

parcel was postmarked in Hesperia, California on August 18, 2021, with a paid postage of $21.90.

       q.   SUBJECT PARCEL 17 is a USPS Priority Mail parcel bearing tracking label number 9505512596581230608264, weighing approximately 11 pounds 6 ounces.  The return address for SUBJECT PARCEL 15 is "Richard King, 8263 Peach Ave, Hesperia CA 92345."  The recipient address listed for SUBJECT PARCEL 15 is "Henry Derish, 1629 Sunset Ave Williamstown NJ 08094."  The parcel was postmarked in Hesperia, California on August 18, 2021, with a paid postage of $21.90.

       r.   SUBJECT PARCEL 18 is a USPS Priority Mail Express parcel bearing tracking label number EJ398606696US, weighing approximately 7 pounds 0 ounces.  The return address for SUBJECT PARCEL 18 is "Jamie Bullock, 525 Magnolia Ave., Inglewood, CA 90301."  The recipient address listed for SUBJECT PARCEL 18 is "The Quinn Family, 8132 Winslow Ave., Las Vegas, NV 89129."  The parcel was postmarked in Calimesa, California on August 18, 2021, with a paid postage of $45.35.

**ATTACHMENT B**

ITEMS TO BE SEIZED

The following are to be seized from the parcels described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance):

        a.  Any controlled substances, including marijuana;

        b.  Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

        c.  Parcel wrappings used to conceal items described in (a) and/or (b).

# EXHIBIT 1

AFFIDAVIT

## HANDLER BRENDAN ROWLAND AND K9 "KOBRA"

I, Officer Brendan Rowland, have been a Chino Police Officer since September of 2015 and have been present during hundreds of drug investigations. I have received formal training from the San Bernardino County Sheriff's Academy and the Chino Police Department. I attended the Adlerhorst Police Dog Handler's Course in November 2017 where my PSD Kobra and I received 240 hours of instruction in basic police dog handling skills. We were certified in December 2017 as a patrol team. In July 2018, PSD Kobra and I attended the Adlerhorst Police Dog School Drug Detection Class. During that course, we received 240 hours of instruction in the detection of the odor of illegal drugs. In August 2018, PSD Kobra and I passed a certification test in the detection of the odor of illegal drugs. During that school, I personally observed PSD Kobra alert to the presence of the odor of illegal drugs. PSD Kobra was certified to detect marijuana, methamphetamine, cocaine, heroin, and ecstasy. In September 2018 and 2019 PSD Kobra and I were certified as a patrol team (patrol operations and drug detection) by the Los Angeles County Police Canine Association. In November of 2020, PSD Kobra and I were certified in patrol operations by Adlerhorst. In December of 2020, PSD Kobra and I were certified in drug detection by Adlerhorst. I am familiar and knowledgeable in the behaviors that PSD Kobra engages in when she detects the presence of the odor of illegal drugs.

I do continual training with PSD Kobra on various hiding locations including vehicles, buildings, bags, parcels, businesses, residences, and open areas. This training includes proofing PSD Kobra on odors such as plastic, boxes, latex, tape, metal, money (circulated and uncirculated), parcel packing material, glass pipes, and food. I also proof PSD Kobra off my human odor. This training is on-going and continual.

On *08-18-2021 from 1600 to 1800   INSPECTOR JACOBS* asked that I and my drug detection K9 Kobra to assist in a drug parcel investigation. Kobra alerted to the presence of the odor of illegal drugs emitting from the following:

USPS parcel: EJ 914 427 907 US_____

USPS parcel: EJ 584 684 929 US_____

USPS parcel: EJ 965 989 773 US_____

USPS parcel: EJ 820 120 698 US_____

USPS parcel: EJ 844 134 419 US_____

USPS parcel: 9505513011821230274269_____

USPS parcel: EI 003 735 893 US_____

USPS parcel: EJ 321 031 797 US_____

USPS parcel: EJ 923 979 421 US_____

USPS parcel: EJ 965 990 476 US_____

USPS parcel: EJ 823 714 214 US_____

USPS parcel: EJ 920 456 139 US_____

USPS parcel: EJ 824 719 411 US_____

USPS parcel: EJ 398 606 696 US_____

USPS parcel: 9505 5125 9658 1230 6082 71_____

USPS parcel: 9505 5125 9658 1230 6082 40_____

USPS parcel: 9505 5125 9658 1230 6082 57_____

USPS parcel: 9505 5125 9658 1230 6082 64_____

K9 Officer Brendan Rowland #3636
Chino Police Department